IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RICKY BERNARD     PETITIONER
*REG #17713-579*

V.     CASE NO. 2:23-cv-00075-JM-JTK

Chad Garrett, Warden     RESPONDENT
FCI – Forrest City, AR[1]

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful review of the findings and recommendations, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

SO ORDERED this 23rd day of October, 2023.

*[signature]*
James M. Moody Jr.
United States District Judge

---

[1] Because Mr. Bernard is incarcerated at FCI – Forrest City, Arkansas, the proper Respondent is "Chad Garrett, Warden FCI – Forrest City, Arkansas." *See* 28 U.S.C. § 2242 (habeas petition must name "the person who has custody over [the petitioner] and by virtue of what claim or authority").