IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RICKY BERNARD                                                                                        PETITIONER
*REG #17713-579*

V.                                    CASE NO. 2:23-cv-00075-JM-JTK

Chad Garrett,  Warden                                                                            RESPONDENT
FCI – Forrest City, AR[1]

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

SO ADJUDGED this 23rd day of October, 2022.

James M. Moody Jr.
United States District Judge

---

[1] Because Mr. Bernard is incarcerated at FCI – Forrest City, Arkansas, the proper Respondent is "Chad Garrett, Warden FCI – Forrest City, Arkansas." *See* 28 U.S.C. § 2242 (habeas petition must name "the person who has custody over [the petitioner] and by virtue of what claim or authority").